UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**EDITH JOYCE OWENS**

     **Plaintiff,**

**vs**.                                            **Case No.**

**UNITED STATES OF AMERICA,**

     **Defendant.**

_____/

## COMPLAINT

Plaintiff, Edith Joyce Owens, sues the United States of America, and alleges:

### JURISDICTION AND VENUE

1.      This is an action for damages.  This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b)(1).

2.      Plaintiff, Edith Joyce Owens, is a resident of Lexington, Fayette County, Kentucky.

3.      Venue lies in the Eastern District of Kentucky pursuant to 28 U.S.C. § 1402(b), as Plaintiff resides in Lexington, Fayette County, Kentucky.

4.      Under 28 U.S.C. § 2679(a), United States of America is the proper defendant in actions for the negligence of the United States Department of Veterans Affairs, an independent establishment of the executive branch of the United States of America.

5.      All conditions precedent to the maintenance of this cause of action have been performed or have occurred.  On February 4, 2013, Plaintiff submitted the claim set forth in this Complaint in a Standard Form 95 as prescribed by the Department of Justice under 28 C.F.R. §

14.2 to the United States Department of Veterans Affairs, a copy of which is attached hereto as **Exhibit 1**.

6. More than six months have passed since the filing of the claim.

7. Pursuant to 28 U.S.C.A. § 2401(b)[1], the claim was finally denied on April 28, 2015, thereby making this lawsuit ripe for adjudication. A copy of the denial letter is attached hereto as **Exhibit 2**.

## NEGLIGENCE OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

8. On or about December 24, 2010, Plaintiff became a patient of the United States Department of Veterans Affairs, Lexington VA Medical Center–Leestown Division ("VAMC"), in Lexington, Fayette County, Kentucky.

9. During the care and treatment of Plaintiff, the VAMC, independently and/or by and through its agents, servants and/or employees, was negligent in the medical care and treatment of Plaintiff.

10. As a direct and proximate result of the negligence referred to in Paragraph 9, Plaintiff sustained serious, grievous and permanent injuries, including, but not limited to, the loss of her right lower leg.

11. As a direct and proximate result of the negligence mentioned hereinabove and the injuries she suffered, Plaintiff has incurred medical expenses and will incur medical expenses in

---

[1] "A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented." 28 U.S.C. § 2401(b).

2

the future in an amount that is fair and reasonable and in a sum in excess of any minimum dollar amount necessary to establish the jurisdiction of this Court.

12. As a direct and proximate result of the negligence mentioned hereinabove and the injuries she suffered, Plaintiff has lost wages from her employment to her damage in an amount that is fair and reasonable and in a sum in excess of any minimum dollar amount necessary to establish the jurisdiction of this Court.

13. As a direct and proximate result of the negligence mentioned hereinabove, Plaintiff has suffered permanent injuries and permanent impairment of her capacity to earn money all to her damage in an amount that is fair and reasonable and in a sum in excess of any minimum dollar amount necessary to establish the jurisdiction of this Court.

14. As a direct and proximate result of the negligence mentioned hereinabove and the injuries she suffered, Plaintiff has suffered and will suffer in the future great pain of body and anguish of mind all to her damage in a sum in excess of any minimum dollar amount necessary to establish the jurisdiction of this Court.

**WHEREFORE**, Plaintiff, EDITH JOYCE OWENS, demands judgment for damages of \$4,000,000.00 against Defendant, interest, costs of this action and any and all other relief to which she may appear properly entitled.

RESPECTFULLY SUBMITTED this 5th day of August, 2015.

3

Respectfully submitted,

MORGAN & MORGAN
Bluegrass Corporate Center, Suite 1200
333 West Vine Street
Lexington, Kentucky 40507
Telephone: (859) 219-4529
Facsimile: (859) 367-6146

KRIS D. MULLINS
*Counsel for Plaintiff*

4